# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00094-CR

---

**Victoriano Cruz Alvarado, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 377TH DISTRICT COURT OF VICTORIA COUNTY
### NO. 21-05-32850-D, THE HONORABLE ELI ELMO GARZA, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On February 25, 2022, appellant Victoriano Cruz Alvarado filed a document with the Court complaining of the trial court's denial of his motion for bond reduction and the representation provided by his appointed counsel. Alvarado asserts that he is currently incarcerated in the Victoria County, Texas jail. Liberally construing his filing as a notice of appeal, we conclude that we lack jurisdiction over the appeal.

The criminal appellate jurisdiction vested in this Court by the Texas Constitution and the Code of Criminal Procedure is limited to counties in this Court's appellate district. *See* Tex. Const., art. V, § 6 (providing that courts of appeals "shall have appellate jurisdiction co-extensive with the limits of their respective districts, which shall extend to all cases of which the District Courts or County Courts have original or appellate jurisdiction, under such restrictions and regulations as may be prescribed by law"); Tex. Code Crim. Proc. arts. 4.01

(establishing criminal jurisdiction in criminal actions in courts of appeals), .03 (providing that courts of appeals "shall have appellate jurisdiction coextensive with the limits of their respective districts in all criminal cases except those in which the death penalty has been assessed"). Victoria County lies outside this Court's district. *See* Tex. Gov't Code § 22.201(d) (listing counties in Third Court's district), (n) (including Victoria County in list of counties in Thirteenth Court's district). Accordingly, we do not have appellate jurisdiction of this matter. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

 

_____
Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Jurisdiction

Filed: April 14, 2022

Do Not Publish